ROSA NORTH, Appellant, *v.* SAMUEL NORTH, Respondent.

*North* v. *North*, 111 App. Div. 921, appeal dismissed.
(Submitted May 18, 1908; decided May 26, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 9, 1906, affirming a judg-

ment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the ground that the appellant had failed to file the required undertaking and return.

*Ira Leo Bamberger* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.